# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE ) <br> CAPITAL ONE TELEPHONE ) <br> CONSUMER PROTECTION ACT ) <br> LITIGATION ) | Master Docket No. 1:12-cv-10064 <br> MDL No. 2416 |
| This document relates to: ) <br> ) <br> ELIZABETH TOUMI, ) <br> ) <br> v. ) <br> ) <br> CAPITAL ONE BANK (USA), N.A.; ) <br> and DOES 1-10, inclusive. ) <br> ) | Case No: 1:13-cv-09094 |

## AGREED ORDER TO DISMISS WITH PREJUDICE

Pursuant to the Joint Stipulation to Dismiss with Prejudice filed by the parties:

IT IS HEREBY ORDERED that *Elizabeth Toumi v. Capital One Bank (USA), N.A 13 C 9094.* is dismissed in its entirety, with prejudice, each party bearing its own attorney's fees and costs, pursuant to Fed. R. Civ. P. 41(a).

Dated: September 3, 2014

_____
JAMES F. HOLDERMAN
United States District Court